

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2014

No. 04-14-00315-CR

Paulino **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1058
Honorable George H. Godwin, Judge Presiding

# O R D E R

On May 1, 2014, a copy of appellant's notice of appeal and a copy of a trial court's certification were filed in this Court. The trial court certification, dated January 4, 2013, indicated this was a plea-bargain case and the defendant had no right to appeal. On May 5, 2014, we ordered the trial court clerk to file a limited clerk's record and suspended all appellate deadlines in this appeal.

On May 12, 2014, the trial court clerk filed the clerk's record. The clerk's record contains a subsequent trial court certification, dated April 4, 2014, stating that this is not a plea-bargain case and the defendant has the right of appeal. The clerk's record also contains other documents, such as the judgment of conviction, which show this case is not a plea-bargain case.

Our order suspending appellate deadlines in this appeal is LIFTED. The reporter's record is due on **June 6, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court